**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

United States of America,

       Plaintiff,                          Case No. 11-10098
                                                Hon. Lawrence P. Zatkoff

v.

Shannon K. Flanigan,

       Defendant.
_____/

**ORDER PERMITTING SERVICE OF PROCESS BY SUBSTITUTED MEANS**

       Plaintiff has filed a petition for an order permitting substituted service of process, which is supported by an affidavit by a process server, reciting the unsuccessful attempts at service of the summons and complaint, and a request for box holder information, stating Defendant's address on file with the United States Postal Service. Plaintiff requests to serve Defendant by mailing and posting the summons and complaint at Defendant's last known address---59373 Grand River, P.O. Box 48, New Hudson, Michigan 48165. The Court finds that the substitute service requested is reasonably calculated to give Defendant actual notice of the proceedings and an opportunity to be heard. *See* Fed. R. Civ. P. 4(e)(1); Mich. Ct. R. 2.105(I)(1).

       Accordingly, it is ORDERED that Plaintiff's petition for order permitting substitute service of process [dkt # 3] is GRANTED.

       It is ORDERED that the Plaintiff may serve Defendant, Shannon K. Flanigan, with the summons and a copy of the complaint by:

(A) Posting a copy thereof, along with a copy of this petition and order for substituted service of process, at Defendant's residence at: 59373 Grand River, P.O. Box 48, New Hudson, Michigan 48165;

(B) Mailing a copy of the same by certified mail (return receipt requested) to Defendant's residence noted above; and

(C) Mailing a copy of the same by first class mail to Defendant's residence noted above.

Plaintiff shall file a certificate confirming service as provided herein.

IT IS SO ORDERED.


Dated: April 13, 2011

                                                              <u>s/Lawrence P. Zatkoff</u>

                                                              U.S. DISTRICT JUDGE